IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SS Body Armor I, Inc., *et al.*, | ) | Bankr. Case No. 10-11255 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| David H. Brooks, | ) | Civ. Action No. 11-00064 (SLR) |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| Point Blank Solutions Inc., | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| Robino Stortini Holdings, LLC, et al., | ) | Civ. Action No. 11-00104 (SLR) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Point Blank Solutions Inc., | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| David H. Brooks, | ) | Civ. Action No. 11-00391 (SLR) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Point Blank Solutions Inc., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| Robbins Geller Rudman & Dowd LLP, et al., | ) | Civ. Action No. 11-00505 (SLR) |
| | ) | |
| Appellants, | ) | Bankr. Adv. No. 10-55361 (PJW) |
| | ) | |
| v. | ) | |
| | ) | |
| Point Blank Solutions Inc., | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER STAYING APPEALS AND MOTION TO WITHDRAW REFERENCE**

-2-

This Court having held a telephonic status conference on November 4, 2014 at 4:30 p.m. Eastern (the "Telephonic Conference") in the above-captioned actions (the "Litigation Matters") to discuss the status of settlement negotiations among certain parties to the Litigation Matters and the stay of the Litigation Matters; and appearances of counsel for SS Body Armor I, Inc. f/k/a Point Blank Solutions, Inc. and its affiliated debtors and debtors in possession ("Debtors"), counsel for Robino Stortini Holdings, LLC, NECA-IBEW Pension Fund and George Baciu ("Class Plaintiffs") and certain related parties, counsel for the Official Committee of Unsecured Creditors in the Debtors' bankruptcy cases, counsel for the Official Committee of Equity Security Holders in the Debtors' bankruptcy cases, counsel for David H. Brooks ("Brooks") and counsel for Andrew Brooks, Victoria Brooks and Elizabeth Brooks having been stated on the record; and the Court having heard argument from counsel for the Debtors and counsel for the Class Plaintiffs in favor of an extension of the stay of the Litigation Matters, and argument from counsel for Brooks in opposition to an extension of the stay; and for the reasons stated on the record at the Telephonic Conference, it is hereby

ORDERED that the appeal filed by Brooks from the *Order Granting Debtor Point Blank Solutions Inc.'s Motion for Order Under 11 U.S.C. § 365(a) Authorizing Rejection of Class and Derivative Action Settlement Agreement* entered as Docket No. 949 in *In re SS Body Armor I, Inc., et al.*, Bankr. Case No. 10-11255 (PJW) (Bankr. D. Del.) ("Rejection Order"), which appeal is currently pending in this Court under the caption *David H. Brooks v. Point Blank Solutions Inc.*, Civil Action No. 11-00064 (SLR), is stayed in its entirety through March 4, 2015; and it is further

ORDERED that the appeal filed by the Class Plaintiffs from the Rejection Order, which appeal is currently pending in this Court under the caption *Robino Stortini Holdings, LLC, et al., v. Point Blank Solutions Inc.*, Civil Action No. 11-00104 (SLR), is stayed in its entirety through March 4, 2015; and it is further

ORDERED that the appeal filed by Brooks from the *Order Granting Debtors' Motion for: (I) Approval of a Consent Agreement with the Securities and Exchange Commission; (II) Limited Relief from the Automatic Stay; and (III) Authority to De-Register as a Public Company* entered as Docket No. 1259 in *In re SS Body Armor I, Inc., et al.*, Bankr. Case No. 10-11255 (PJW) (Bankr. D. Del.), which appeal is currently pending in this Court under the caption *David H. Brooks v. Point Blank Solutions Inc., et al.*, Civil Action No. 11-00391 (SLR), is stayed in its entirety through March 4, 2015; and it is further

ORDERED that the appeal filed by Robbins Geller Rudman & Dowd LLP, Labaton Sucharow LLP, Law Offices of Thomas G. Amon and Robbins Umeda LLP from the *Order Denying the Law Firm Defendants' Motion for a Determination That the Claims in This Adversary Proceeding are Non-Core* entered as Docket No. 92 in *Point Blank Solutions Inc. v. Robbins Geller Rudman & Dowd LLP, et al.*, Bankr. Adv. No. 10-55361 (PJW) (Bankr. D. Del.) ("Turnover Adversary Proceeding"), which appeal is currently pending in this Court under the caption *Robbins Geller Rudman & Dowd LLP, et al., v. Point Blank Solutions Inc.*, Civil Action No. 11-00505 (SLR), is stayed in its entirety through March 4, 2015; and it is further

ORDERED that the motion to withdraw the reference of the Turnover Adversary Proceeding, which was filed by Robbins Geller Rudman & Dowd LLP, Labaton Sucharow LLP, Law Offices of Thomas G. Amon and Robbins Umeda LLP as Docket No. 58 in the Turnover Adversary Proceeding, is stayed in its entirety through March 4, 2015; and it is further

ORDERED that no further extensions of the stay of the Litigation Matters will be granted by this Court; and it is further

ORDERED that an in-person status conference shall be held in each of the Litigation Matters on March 4, 2015 at 4:30 p.m. Eastern; and it is further

ORDERED that, at the March 4, 2015 status conference, the parties to each of the Litigation Matters shall be prepared to (1) identify to the Court which issues, if any, have been resolved and which issues will need to be resolved by the Court with respect to each of the Litigation Matters, (2) prioritize the issues that will need to be resolved by the Court with respect to each of the Litigation Matters, and (3) propose a briefing schedule for those issues that will need to be resolved by the Court with respect to each of the Litigation Matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2014

_____
The Honorable Sue L. Robinson
United States District Judge